# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

_Jabari J. Johnson_____, Plaintiff

v.

_Ashley Franson_____,

_William Boehn_____,

_Lewis_____,

_Kinler_____, Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 07 2021

JEFFREY P. COLWELL
CLERK

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Original form provided free of Charge by CO DOC Legal Services to
Offender ███████████████ DOC# ███████████
Date ███████████

See Attached
Flint
Tolentino
Cathi Herrera
Fergerson
Nagy
Dailey
Ryder May
Kurtenbach
Darrell Smith
Johnson
Vasquez
Vasquez
Roland Jackson
Wingert
Jefferey Quilin
Valanos
Micheal Allen
Leon Johnson
Gies
Baier
Crowder
Andriello
Kramer
Marlin

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Umari J Johnson #171601, P.O. Box 777,
(Name, prisoner identification number, and complete mailing address)

Canon City, CO 81215
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_✓_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Ashley Franson, C.O., 12101 Hwy. 61, Sterling,
(Name, job title, and complete mailing address)
CO, 80751

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (*check one*). Briefly explain:

Ashley Franson Knowingly acted under the color of law

Defendant 1 is being sued in his/her _✓_ individual and/or _✓_ official capacity.

2

Defendant 2: _William Booth, C.O., 12101 Hwy. 61, Sterling_
(Name, job title, and complete mailing address)
_CO, 80751_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (*check one*). Briefly explain:
_William Booth knowingly acted under the color of law_

Defendant 2 is being sued in his/her _✓_ individual and/or _✓_ official capacity.

Defendant 3: _Lewis, LT, 12101 Hwy. 61, Sterling, Co, 80751_
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (*check one*). Briefly explain:
_Lewis knowingly acted under the color of law_

Defendant 3 is being sued in his/her _✓_ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_✓_ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

Defendant 4: Lewis, LT, 12101 Hwy. 61, Sterling CO, 80751
5: Flint, Nurse
6: Tolentino, CO
7. Cathi Herrera, Nurse
8. Feigerson, Nurse
9. Nass, CO
10. Dailey, Sgt
11. Kurtenbach, Sgt
12. Dorrell Smith, LT
13. Johnson, Sgt
14. Vasquez, LT
15. Vasquez, Sgt
16. Roland Jackson, LT
17. Wingert, LT
18. Jeffery Quilin, LT
19. Valancis, Sgt
20. Micheal Allen, Dr.
21. Ryder May, NSA
22. Leon Johnson, CO
23. Ciles, CO
24. Baier, CO
25. Crowder, LT
26. Andriello, Sgt
27. Kramer, Sgt
28. Marlin, CO

Defendants 4-28 knowingly acted under the color of law and will be sued in thier individual capacity

Claim One: Cruel And Unusual Punishment
Claim Two: Retaliation For Speech
Claim Three: Deliberate Indifference
Claim Four: American With Disability Act

From 6/24/19 - 8/20/20, 10/18/2019 - 11/5/19 Defendants Lewis, Khaler, Tolentino, Ashley Franson, Booth William, Cathi Herrera, Fergerson, Nass, Dailey, Ryder, May, Kurkenbach, Darrell Smith, Johnson, Vasquez, Vasquez, Doland Jackson, Winsert, Jeffery Quilin, Valonos, Micheal Allen, Leon Johnson, Giles, Tonchie, Baier, Crowder, Andriello, Kramer and Martin all lied depriving Plaintiff of showers, rec, dental/medical visits and court dates/legal visits stating Plaintiff was not accommodated a wheelchair when ADA coordinator Janet Smith stated on 6/30/19 Plaintiff have a wheelchair accommodation for housing and daily living with no end date. Yet all defendants above retaliated against the Plaintiff due to plaintiffs intent to sue indicating he would sue, as all defendants above placed Plaintiffs life in imminent danger lying to other inmates that Plaintiff is a child molester, depriving Plaintiff of showers which caused painful open sores to form on Plaintiffs body causing pain and further injury amongst Plaintiff is also in pain due to scooting and crawling on floor further injuring Plaintiffs legs, back and feet therefore Plaintiff request a sum in monetary relief for punitive and compensatory damages)

E. Previous Lawsuits                                    Additional Pages (VI)
Names of Defendants: Weber
 Norris
 James Johnson
 Larry Winegardner
 Brady Hunsaker
 Steven Bourne
 White
 Beller
 Jimmy Boyd
 Fagerstedt
 Will
 Amy
 Emily Porterfield
 Yoshimito
 Owens
 Eddie Caley
 Boone
 Holland
 Taylor
 Kathleen Boyd
 Lincoln
Docket # and court: 20-CV-00095
 Alfred A Arra JJ Court
Claims Raised: Cruel And Unusual Punishment
Disposition: Pending

Names of Defendants: Ponce
Docket # and Courts: 20-CV-00014
 Alred A. Arra JJ Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Pending

Names of Defendants: Hawkins
 Kelly
 Laytin
 Lewis
 Malanado
 Sixkiller
 Wargo
Claims Raised: Cruel And Unusal Punishment
Docket # and Court: 19-CV-03730
 Alfred A. Arra JJ Court
Disposition: Pending

Names of Defendants: Sterling Correctional Facility
 LT Bode
 Sgt Bondciello
Docket # and Court: 2018-CV-50
 Logan Combined Courts
Claims Raised: Logan Combined Courts Claim was Due Process
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute

E Previous Lawsuits         Additional Pages (9)

      Andriello
      Shino
      Weaver
      Quilin
      Baier
      Elbel
      Mitchell
      Nurse Brittany
      Nurse Kendra
      Lt Piel
      Scott
      Leon Johnson
      Daley Faulkner
      Giles
      Tonchie
      Pappas
      Chantel

Docket # and Court: 19-CV-01981
      Alfred A Arraj Court
Claims Raised: Cruel And Unusual Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order

Names of Defendants: Larry Winegardner
      James Johnson
      Brady Hunsaker
      Steven Bourne
      Jimmy Boyd
      Kathleen Boyd
      White
      Beller
      Caley
      Taylor
      Lincoln
      Will
      Fagerstedt
      Yoshimoto
      Boone
      Owens
      Porterfield
      Amy
      Norris
      Weber

Docket # and Court: 19-CV-02971
      Alfred A. Arraj Court
Claims Raised: Cruel And Unusual Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order

E Previous Lawsuits     Additional pages (2)

Deputy Jerimiah Younger
Deputy Abediaylki
Sgt. Beechley
Sgt. Press
Sgt. Spignor
Captain B. Scott
Denver Regional Diagnostic Center Medical
Joe Clark x-ray
Angie Nurse
Nurse Curtis Murphy
Church Services
Chaplain

Docket # and Court: 17-CV-02486
Alfred A Arraj Court
Claims Raised: Cruel And Unusual Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court order

Names of Defendants: Department of Corrections
Denver Regional Diagnostic Center
Denver Regional Diagnostic Center Medical
Dr. Laura Allen
Nurse Risikat
Nurse Alla Shkolnik
Sgt Graham
Curtis Murphy
Deputy Houston
Deputy Brown
LT Meyers
LT Scott Speaks

Docket # and court 17-CV-02793
Alred A. Arraj Court
Claims Raised: Cruel And Unusual Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with court order

Name of Defendant: Border

Docket # and court: 17-CV-03093
Alred A Arraj Court
Claims Raised: Cruel And Unusual Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To comply with Court order

Name Of Defendants: Humphrey
Sgt Reyna
Sgt Wargo
Korin
Claims Raised: Cruel And Unusual Punishment

Docket # and court: 18-CV-02791
Alfred A Arraj Court
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court order

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

| Defendants | Punitive Damages | Compensatory Damages |
|---|---|---|
| Ashley Franson | $ 100,000 | $ 100,000 |
| William Booth | $ 100,000 | $ 100,000 |

Injunctive Relief: Schedule an outside care optometry visit, also provide wheelchair, along with the Plaintiffs physical therapy visit that still has not taken place.

All defendants are being sued for both punitive and compensatory damges each per 28 defendants for monetary Relief of 5 million

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12/31/20
_____
(Date)

(Form Revised December 2017)

6

